# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| § | CASE NO:   25-33671-sgj-7 |
| NGUYEN, PETER HOA § | |
| NGUYEN, THI HONG § | Chapter 7 |
| § | |
| DEBTORS. § | |

## TRUSTEE'S INTERIM REPORT

The Trustee wishes to advise the Court, creditors, and parties that he is in the process of proposing purchase of the Debtors' non-exempt stock.

Respectfully Submitted,

  */s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE