

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 2, 2026**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PETER HOA NGUYEN | § | CASE NO. 25-33671-sgj7 |
| THI HONG NGUYEN | § | |
| | § | |
| | § | |
| | § | |
| DEBTOR | § | |

### ORDER AUTHORIZING EMPLOYMENT OF SEIDEL LAW FIRM
### AS GENERAL COUNSEL AND PARALEGALS FOR THE CHAPTER 7 TRUSTEE

ON THIS DAY, came on for consideration the Application to Employ filed by Scott M. Seidel (the *"Trustee"*) seeking approval of the Court to allow Seidel Law Firm (the *"Firm"*) to serve as general counsel along with paralegals to the Trustee in this case as more particularly set forth in the Application and Affidavit on file in this matter. No objections have been filed. Seidel Law Firm has represented to this Court that the Law Firm is owned by the Trustee and the Firm holds or represents no interest adverse to the Debtor or the estate, that it is disinterested, and that its employment is in the best interest of the estate. It is therefore

**ORDERED** that the Trustee is authorized to employ Seidel Law Firm as general counsel along with the Firm's paralegals to the Trustee pursuant to 11 U.S.C. § 327(a) with all fees payable subject to interim and/or final application to and approval of this Court; and it is further

**ORDERED**, that Seidel Law Firm shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B thereof.

# # # **END OF ORDER** # # #

By: */s/ Scott M. Seidel*
Scott M. Seidel, Esq.
SBT   17999450
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
PROPOSED COUNSEL FOR
THE CHAPTER 7 TRUSTEE