## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| PETER HOA NGUYEN | § | Case No. 25-33671-sgj-7 |
| THI HONG NGUYEN | § | |
| | § | |
| Debtors. | § | |
| | § | |

## DECLARATION OF MARK COOPER IN
## SUPPORT OF TRUSTEE'S MOTION TO SELL THE ESTATE'S
## INTEREST IN SPARTAN AUTOMOTIVE TECHNOLOGY GROUP,
## F/K/A SPARTAN AUTOMOTIVE TECHNOLOGY PROVIDERS, INC. SUBJECT
## TO ALL LIENS, CLAIMS AND ENCUMBRANCES AND WITHOUT WARRANTY

I, Mark Cooper, make this declaration, pursuant to 28 U.S.C. § 1746, and state as follows:

1. My name is Mark Cooper (the "*Declarant*"). I am over the age of twenty-one (21), competent to make this *Declaration* (the "*Declaration*"), and an authorized agent for VBI Group, LLC ("*Potential Purchaser*"), with respect to the matters discussed herein.

2. I submit this Declaration in support of the *Motion to Sell the estate's interest in estate scheduled interest in Spartan Automotive Technology Group, Inc. f/k/a/ Spartan Automotive Technology Provider Inc. subject to all liens, claims and encumbrances and without warranty* ("*Motion*")[1] filed by Scott M. Seidel, in his capacity as chapter 7 trustee (the "*Trustee*") for the estate of Peter Hoa Nguyen and Thi Hong Nguyen (the "*Debtors*"), specifically to support that the Potential Purchaser is entitled to those good-faith purchaser protections pursuant to section 363(m) of the Bankruptcy Code.

3. I am familiar with the Potential Purchaser. I have personal knowledge of each of the facts stated in this Declaration, except for those facts stated upon information and belief. As to

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning given to them in the Motion.

Debtors Peter Hoa Nguyen and Thi Hong Nguyen case number 25-33671-sgj-7
Declaration in Support of Motion to Sell – Page 1 of 2

those facts, I am informed that they are, and believe them to be, true. If called as a witness, I could and would testify as to the matters set forth herein based upon my personal knowledge, except where otherwise indicated below. To the extent that any information disclosed in this Declaration requires amendment or modification upon my completion of further analysis, a supplemental declaration will be submitted to the United States Bankruptcy Court for the Northern District of Texas (the "*Court*"). To the best of my knowledge, the statements set forth in this Declaration are true and correct.

4. The Potential Purchaser is not an insider of the Debtors.

5. The Potential Purchaser has not engaged in fraud, colluded with the Trustee, or made an attempt to take grossly unfair advantage of the sale process.

6. The proposed sale of the Property has proceeded in good faith and by arms-length negotiations.

7. Based on the foregoing reasons, I believe the Potential Purchaser is entitled to those good-faith purchaser protections pursuant to section 363(m) of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of January, 2026

_____
Mark Cooper

Debtors Peter Hoa Nguyen and Thi Hong Nguyen case number 25-33671-sgj-7
Declaration in Support of Motion to Sell – Page 2 of 2