| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 25-33671-sgj7<br>Northern District of Texas<br>Dallas<br>Thu Jan  8 14:21:41 CST 2026 | VBI Group, LLC<br>Kelly Hart & Hallman LLP<br>Attn: Joseph Austin<br>201 Main St., Ste. 2500<br>Fort Worth, TX 76102-3194 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| Affirm Inc<br>650 Californnia St FL 12<br>San Francisco, CA 94108-2716 | Apple Card/Goldman Sachs<br>LB 6112 PO Box 7247<br>Philadelphia, PA 19170-6112 | Attorney General of Texas<br>OAG/CSD/Mail Code 38<br>PO Box 12017<br>Austin, TX 78711-2017 |
| Attorney General of the United States<br>Main Justice Bldg., Rm. 5111<br>10th & Constitution Ave. N.W.<br>Washington, DC 20503-0001 | Bluevine<br>401 Warren St. Suite 300<br>Redwood City, CA 94063-1536 | Bluevine, Inc.<br>c/o Brad J. Clark<br>2487 S. Gilbert Rd. Ste. 106-304<br>Gilbert, AZ 85295-8899 |
| Chase/JPMCB Card<br>PO Box Box 15369<br>Wilmington, DE 19850-5369 | Credit Control Services<br>725 Canton Street<br>Norwood, MA 02062-2609 | (p)CREDIT CONTROL  LLC<br>ATTN CORRESPONDENCE<br>3300 RIDER TRAIL S<br>SUITE 500<br>EARTH CITY MO 63045-1338 |
| Credit One Bank<br>PO Box 98875<br>Las Vegas, NV 89193-8875 | Dallas County Tax-Assessor Collector<br>500 Elm St Ste 3300<br>Dallas, TX 75202-3330 | Frost Bank Recovery Dept.<br>PO Box 34746<br>San Antonio, TX 78265-4746 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Attn: Joseph D. Austin<br>Fort Worth, TX 76102-3194 |
| Lawrence A. Jones<br>14701 Bartram Park Blvd. Apartment#<br>Jacksonville, FL 32258-5285 | Lawrence West<br>14701 Bartram Park Blvd.<br>Jacksonville, FL 32258-5285 | Lightstream<br>PO Box 849<br>Wilson, NC 27894-0849 |
| Newrez<br>PO Box 10826<br>Greenville, SC 29603-0826 | Office of the Attorney General<br>Bankruptcy-Collections Division<br>Po Box 12548<br>Austin, TX 78711-2548 | Office of the United States Trustee<br>903 San Jacinto Blvd Ste 230<br>Austin, TX 78701-2450 |
| OneMain Financial<br>3758 S. Carrier Pkwy. Ste. 128<br>Grand Prairie, TX 75052-6662 | SEC<br>100 F Street<br>Washington, DC 20549-2001 | Spartan Auto Tech Providers, Inc<br>9428 Baymmeadows Rd. Ste. 120<br>Jacksonville, FL 32256-7970 |
| Spartan Automotive Tech Group Corp<br>6622 South Southpoint Drive Suite #<br>Jacksonville, FL 32216-6188 | Spartan Automotive Tech Group Corp.<br>6622 S Southpoint Dr Ste 370<br>Jacksonville, FL 32216-6188 | Summit A*R<br>12201 Chaplain Dr<br>Champlin, MN 55316-1930 |

| | | |
|---|---|---|
| Texas Alcoholic Beverage Commission<br>License and Permits Division<br>Po Box 13127<br>Austin, TX 78711-3127 | Texas Attorney General's Office<br>Bankruptcy Collection Division<br>PO Box 12548<br>Austin, TX 78711-2548 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Texas Comptroller of Public Accounts<br>PO Box 12548, MC-008<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 E 15th St<br>Austin, TX 78778-1442 | Texas Workforce Commission<br>TEC Building Tax Dept.<br>101 E. 15th Sreet<br>Austin, TX 78778-0001 |
| U.S. Dept. of HUD<br>1600 Throckmorton St<br>Fort Worth, TX 76102 | U.S. Dept. of Veterans Affairs<br>Regional Office, Finance Section (24)<br>701 Clay Ave<br>Waco, TX 76799-0001 | U.S. Small Business Administration<br>4300 Amon Carter Blvd Suite 114<br>Fort Worth, TX 76155-2652 |
| United States Attorney<br>110 North College Ave, Ste. 700<br>Tyler, TX 75702-0204 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | United States Trustee<br>110 North College Ave., Ste. 300<br>Tyler, TX 75702-7231 |
| VBI Group LLC<br>1161 W. Corporate Dr. Suite 101<br>Arlington, TX 76006-6800 | WFBNA Card<br>PO Box 393<br>Minneapolis, MN 55480-0393 | Michael S. Mitchell<br>Michael S. Mitchell<br>500 N. Central Expressway<br>Suite 500<br>Plano, TX 75074-6703 |
| Peter Hoa Nguyen<br>836 Bentwater Pkwy<br>Cedar Hill, TX 75104-8287 | Scott M. Seidel<br>Seidel Law Firm<br>6505 W. Park Blvd., Suite 306<br>Plano, TX 75093-6212 | Thi Hong Nguyen<br>836 Bentwater Pkwy<br>Cedar Hill, TX 75104-8287 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Credit Control, LLC<br>3300 Rider Trails Ste. 500<br>Earth City, MO 63045 | Jefferson Capital System<br>16 McLeland Rd.<br>Saint Cloud, MN 56303 | Texas Comptroller of Public Accounts<br>Bankruptcy Section<br>Po Box 13528<br>Austin, TX 78711-3528 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Internal Revenue Service -<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)United States Attorney<br>110 North College Ave. Ste. 700<br>Tyler, TX 75702-0204 | End of Label Matrix<br>Mailable recipients 47<br>Bypassed recipients 2<br>Total 49 |