IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PETER HOA NGUYEN | § | Case No. 25-33671-sgj-7 |
| THI HONG NGUYEN | § | |
| | § | |
| DEBTORS | § | Hearing Date: March 19, 2026 |
| | § | Hearing Time: 9:30 a.m. |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing is scheduled for **9:30 a.m. on Thursday, March 19, 2026**, in Courtroom #1 Room 1428 on the 14th floor of the Federal Building located at 1100 Commerce Street, Dallas, Texas 75242, before the Honorable Chief Judge Stacey G. C. Jernigan on the following matter:

*Motion to Sell stock in Spartan Automotive Technology Group Corporation* [Doc. No. 27].

*Please observe and adhere to the following instructions to attend the hearing:*

**Judge Stacey Jernigan's Courtroom**
https://us-courts.webex.com/meet/jerniga
**Join by phone: 1-650-479-3207 Call-in number (US/Canada)**
**Meeting ID: 2304 154 2638**

Respectfully submitted,
*/s/ Scott M. Seidel*
Scott M. Seidel, Esq.
State Bar No. 17999450
SEIDEL LAW FIRM
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
Counsel for the chapter 7 trustee

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET-ROOM 1254, DALLAS, TX 75242-1496, BEFORE CLOSE OF BUSINESS ON MARCH 5, 2026, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February 2026, a true and correct copy of the above and foregoing Notice of Hearing was served via ECF Electronic Notice on all parties registered to receive ECF service in this matter, the party listed below and the parties on the attached service list.

*/s/ Scott M. Seidel*