DeMarco·Mitchell, PLLC
500 N. Central Expressway
Suite 500, PMB 120
Plano, TX 75074
Telephone:   972-578-1400
Facsimile:    972-346-6791

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** <br><br> **Peter Hoa Nguyen** <br> xxx-xx-1966 <br> 836 Bentwater Pkwy. <br> Cedar Hill, TX 75104 <br><br> **Thi Hong Nguyen** <br> xxx-xx-7862 <br> 836 Bentwater Pkwy. <br> Cedar Hill, TX 75104 <br><br> **Debtors** | Case No.   25-33671-SGJ-7 <br><br><br><br> Chapter    7 |

**DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST**
**IN SPARTAN AUTOMOTIVE TECHNOLOGY GROUP**

COME NOW Peter Hoa Nguyen and Thi Hong Nguyen, Debtors and Respondents herein (the "Respondents"), and in response to the *Trustee's Motion to Sell the Estate's Interest in Spartan Automotive Technology Group, f/k/a Spartan Automotive Technology Providers, Inc. Subject to all Liens, Claims, and Encumbrances and Without Warranty* ("the Motion") filed by Scott M. Seidel in his capacity as the Chapter 7 Trustee for the Debtors' bankruptcy estate (the "Movant" or the "Trustee") on February 12, 2026, would respectfully show the Court as follows:

1. On February 19, 2026 the undersigned counsel spoke with Debtor Peter Hoa Nguyen about the Motion. During that conversation, Mr. Nguyen indicated that he might know an individual, or individuals, who would be interested in advancing a competing offer to purchase the bankruptcy estate's interest in Spartan Automotive Technology Group. The undersigned counsel has attempted to reach Mr. Nguyen to follow up on that conversation but, to date, has been unable to do so. This response has therefore been prepared and filed as a placeholder, in advance of the March 19, 2026 hearing to be held on the Motion. The undersigned counsel will contact the Trustee to discuss this matter in advance of the aforementioned hearing, hopefully after having been able to reach and speak with Mr. Nguyen.

2. Respondents admit the allegations set out in Paragraphs 1, 2, 3, and 4 of Movant's Motion.

3. Respondents lack sufficient information to fully and accurately admit or deny the allegations set out in Paragraphs 5, 6, 7, and 8 of Movant's Motion at present.

3. Respondents admit the allegations set out in Paragraphs 9, 10, 11, and 12 of Movant's Motion.

4. In response to the allegations set out in Paragraph 13 of Movant's Motion, Respondents do not question the Trustee's good faith, but believe that the purchase price may ultimately not be reasonable, especially if the potential buyers referenced above are indeed interested in advancing a reasonable competing offer.

5.  To the extent that a response is required, Respondents admit the allegations set out in Paragraphs 14, 15(a)[1], 15(b)[2], 16, 17, and 18 of Movant's Motion at present.

6.  Respondents lack sufficient information to fully and accurately admit or deny the allegations set out in Paragraph 19 of Movant's Motion at present.

7. To the extent that a response is required, Respondents admit the allegations/assertions set out in Paragraph 20 of Movant's Motion.

WHEREFORE, PREMISES CONSIDERED, and as this matter has already been set for hearing, Respondents simply request that they be allowed to supplement their response to Movant's Motion prior to such hearing if necessary and appropriate and for such other relief, general or special, at law or in equity, to which they may be justly entitled.

Respectfully submitted,

*/s/ Michael S. Mitchell*

_____
Michael S. Mitchell, Texas Bar No.   00788065
DeMarco·Mitchell, PLLC
500 N. Central Expressway
Suite 500, PMB 120
Plano, TX 75074
Telephone:   972-578-1400
Facsimile:   972-346-6791
E-mail:   mike@demarcomitchell.com
Counsel for Debtors/Respondents

---

[1] Paragraph 15 appears twice, i.e. is duplicated as two separate and distinct paragraphs, in the Motion.

[2] Paragraph 15 appears twice, i.e. is duplicated as two separate and distinct paragraphs, in the Motion.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing pleading, and any attachments thereto, were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this 5th day of March, 2026.  Where possible, service was made electronically via the Court's ECF noticing system, via direct e-mail transmission, or via facsimile transmission where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first-class mail, postage pre-paid.

| DEBTORS | |
|---|---|
| Peter Hoa Nguyen<br>836 Bentwater Pkwy<br>Cedar Hill, TX 75104 | Thi Hong Nguyen<br>836 Bentwater Pkwy<br>Cedar Hill, TX 75104 |

| TRUSTEES | |
|---|---|
| Scott M. Seidel<br>Seidel Law Firm<br>6505 W. Park Blvd., Suite 306<br>Plano, TX 75093<br>scott@scottseidel.com | Scott M. Seidel<br>Seidel Law Firm<br>6505 West Park Blvd.<br>Suite 306<br>Plano, TX 75093<br>scott.seidel@earthlink.net |

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202
ustpregion06.da.ecf@usdoj.gov

| ADDITIONAL PARTIES IN INTEREST, AND/OR PARTIES REQUESTING NOTICE | |
|---|---|
| VBI Group, LLC<br>C/O Joseph Daniel Austin<br>Kelly Hart & Hallman<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102<br>joseph.austin@kellyhart.com | VBI Group, LLC<br>C/O Jeff Eric Whitfield<br>Kelly Hart & Hallman<br>201 Main Street, Ste. 2500<br>Fort Worth, TX 76102<br>jeff.whitfield@kellyhart.com |

*/s/ Michael S. Mitchell*

_____
Michael S. Mitchell, Texas Bar No.    00788065
DeMarco·Mitchell, PLLC
500 N. Central Expressway
Suite 500, PMB 120
Plano, TX 75074
Telephone:    972-578-1400
Facsimile:    972-346-6791
E-mail:    mike@demarcomitchell.com
Counsel for Debtors/Respondents