Scott M. Seidel
SEIDEL LAW FIRM
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
GENERAL COUNSEL FOR
THE CHAPTER 7 TRUSTEE

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NGUYEN, PETER HOA | § | Case No. 25-33671-sgj-7 |
| | § | |
| NGUYEN, THI HONG | § | |
| | § | |
| debtors | | |

## WITNESS AND EXHIBIT LIST FILED ON BEHALF OF THE CHAPTER 7 TRUSTEE FOR HEARING on the TRUSTEE'S MOTION TO SELL MARCH 19, 2026

TO THE HONORABLE STACEY G.C. JERNIGAN, CHIEF U.S. BANKRUPTCY JUDGE:

COMES NOW, Scott M. Seidel ("Trustee"), in the above-referenced bankruptcy, and files this Witness and Exhibit List relating to the hearing on the Trustee's Motion to Sell currently scheduled for March 19, 2026.

The Trustee hereby identifies the following individuals who may be called as a witness:

### Witnesses

1. Scott M. Seidel, Trustee

2. Mark Cooper, agent for VBI Group, LLC. Potential purchaser.

3. Any witness designated by any other party.

4. The Trustee reserves the right to cross-examine any and all witnesses that may be called to testify at the hearing with respect to any and all issues.

5. The Trustee reserves the right to call rebuttal witnesses to rebut testimony that cannot be reasonably anticipated at the hearing.

## Exhibits

The Trustee designates the following exhibits that may be used at the Hearing:

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 1 | All pleadings filed in this case. | | | | |
| 2 | All Court orders docketed in this case. | | | | |
| 3 | All schedules filed in this case. | | | | |
| 4 | Any claims filed in this case. | | | | |
| 5 | Motion to Sell filed in this case. | | | | |
| 6 | All pleadings filed in re: 25-02254-jab-11 Middle District of Florida, Jacksonville Division | | | | |
| 7 | All Court orders filed in re: 25-02254-jab-11 Middle District of Florida, Jacksonville Division | | | | |
| 8 | All schedules filed in re: 25-02254-jab-11 Middle District of Florida, Jacksonville Division | | | | |
| 9 | Any exhibit designated by any other party | | | | |
| 10 | Any exhibit necessary for rebuttal. | | | | |

The Trustee reserves the right to object to the admissibility of any exhibit.

The Trustee reserves the right to use exhibits not listed here for impeachment or rebuttal purposes at the hearing.

The Trustee reserves the right to amend or supplement this designation any time prior to the hearing.

> Respectfully submitted,
> /s/ Scott M. Seidel
> State Bar No. 17999450
> 6505 W. Park Blvd., Suite 306
> Plano, Texas 75093
> Telephone: 214-234-2500
> scott@scottseidel.com
> GENERAL COUNSEL FOR THE CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all parties who receive ECF notice in this case, including the US Trustee and debtors' counsel, on March 16, 2026.

*/s/ Scott M. Seidel*