

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 14, 2026**

_____
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **PETER HOA NGUYEN** | § | **Case No. 25-33671-sgj-7** |
| **THI HONG NGUYEN** | § | |
| | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |

**ORDER GRANTING TRUSTEE'S MOTION TO SELL THE ESTATE'S INTEREST IN SPARTAN AUTOMOTIVE TECHNOLOGY GROUP, F/K/A SPARTAN AUTOMOTIVE TECHNOLOGY PROVIDERS, INC. SUBJECT TO ALL LIENS, CLAIMS AND ENCUMBRANCES AND WITHOUT WARRANTY**

CAME ON TO BE HEARD the Trustee's *Motion to Sell the estate's interest in estate scheduled interest in Spartan Automotive Technology Group, Inc. f/k/a/ Spartan Automotive Technology Provider Inc. subject to all liens, claims and encumbrances and without warranty* [Docket No. 27] (the "***Motion***")[1] filed by Scott M. Seidel (the "***Trustee***") and the Court having conducted a hearing on the Motion, and the Court having reviewed the record, noting that notice was proper and the one Objection [Docket No. 29] filed by the Debtors has been withdrawn and

---

[1]      Capitalized terms used herein but not otherwise defined shall have the meaning given to them in the Motion.

overruled and finding the Motion well taken and in the best interests of the estate and that all parties are acting in good faith, approves the Motion.  It is therefore

**ORDERED** that the Trustee be and hereby is authorized to sell the Debtors' interest, if any, in the Debtors' scheduled non-exempt stock in Spartan Automotive Technology Group Corporation held by Peter Hoa Nguyen (the ***"Property"***) described in the Debtors' schedules as follows:

*50% interest in Spartan Automotive Technology Group Corporation, formerly known as Spartan Automotive Technology Providers, Inc., a Florida corporation created 2/1/23. Debtor's predecessor, Spartan Automotive Technology Provider, Inc. was a Texas corporation created 4/19/19. The two entities merged 10/2/23 and provide auto lot management & vehicle tracking services. The business currently operates out of Jacksonville, Florida and the entity is a debtor-in-possession in Chapter 11 bankruptcy case number 25-02254-JAB pending in the U.S. Bankruptcy Court for the Middle District of Florida, Jacksonville Division. Per the entity's bankruptcy filings: Assets: Approximately $605,261.91; Liabilities: Approximately $15,367,202.80.*

It is further

**ORDERED** that the property will be sold "as-is", "where is" without any representation or warranty, and subject to all liens, claims and encumbrances, with all liens, claims and encumbrances to attach to the Property and not the sale funds received from VBI Group, LLC, (***"Potential Purchaser"***) for a full cash price of $20,000.00, with $10,000 already having been tendered to the Trustee by the Potential Purchaser and the remaining $10,000 to be paid in immediately to the Trustee by VBI Group, LLC and/or the Potential Purchaser. It is further

**ORDERED** that the Debtors shall immediately tender to the Trustee the original stock certificates for the Property so that The Trustee may tender same to the Potential Purchaser. It is further

**ORDERED** that the Court waives the fourteen (14) day stay of Bankruptcy Rule 6004(h) so the sale may close immediately upon complete payment and funding. It is further

**ORDERED** that The Trustee reserves his right, in his sole discretion, to withdraw from the sale at any time. It is further

**ORDERED** that the Potential Purchaser is afforded those good-faith purchaser protections under section 363(m) of the Bankruptcy Code. It is further

**ORDERED** that The Trustee be and hereby is authorized to execute any and all documents necessary to effectuate the sale. It is further

**ORDERED** that this Court shall retain jurisdiction to the maximum extent possible to interpret and enforce this Order, and to give all parties thereto all appropriate relief.


# # # END OF ORDER # # #


Submitted by:

By: /s/ Scott M. Seidel
     Scott M. Seidel, Esq.
     Texas Bar No. 17999450
     SEIDEL LAW FIRM
     6505 W. Park Blvd., Suite 306
     Plano, Texas 75093
     Telephone (214) 234-2500
     scott@scottseidel.com
     COUNSEL FOR TRUSTEE