United States Bankruptcy Court

Northern District of Texas

In re:                                                                                                  Case No. 25-33671-sgj

Peter Hoa Nguyen                                                                          Chapter 7

Thi Hong Nguyen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-3                                    User: admin                                              Page 1 of 2

Date Rcvd: Apr 14, 2026                           Form ID: pdf012                                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

**Recip ID                   Recipient Name and Address**
db                       +  Peter Hoa Nguyen, 836 Bentwater Pkwy, Cedar Hill, TX 75104-8287

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

**Name                          Email Address**

Clayton Everett

            on behalf of Defendant Peter Hoa Nguyen clayton@norredlaw.com
            clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Clayton Everett

            on behalf of Defendant Thi Hong Nguyen clayton@norredlaw.com
            clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Harrison Pavlasek

            on behalf of Plaintiff VBI Group LLC harrison.pavlasek@kellyhart.com  court.alert@kellyhart.com

Jeff Eric Whitfield

            on behalf of Plaintiff VBI Group LLC jeff.whitfield@kellyhart.com  ashley.blackwood@kellyhart.com;court.alert@kellyhart.com

Jeff Eric Whitfield

District/off: 0539-3                               User: admin                                     Page 2 of 2

Date Rcvd: Apr 14, 2026                          Form ID: pdf012                               Total Noticed: 1

on behalf of Creditor VBI Group LLC jeff.whitfield@kellyhart.com  ashley.blackwood@kellyhart.com;court.alert@kellyhart.com

Joseph Daniel Austin

on behalf of Plaintiff VBI Group LLC joseph.austin@kellyhart.com  janet.mcneese@kellyhart.com;court.alert@kellyhart.com

Joseph Daniel Austin

on behalf of Creditor VBI Group LLC joseph.austin@kellyhart.com  janet.mcneese@kellyhart.com;court.alert@kellyhart.com

Michael S. Mitchell

on behalf of Joint Debtor Thi Hong Nguyen mike@demarcomitchell.com  mike_450@ecf.courtdrive.com

Michael S. Mitchell

on behalf of Debtor Peter Hoa Nguyen mike@demarcomitchell.com  mike_450@ecf.courtdrive.com

Scott M. Seidel

scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net

Scott M. Seidel

on behalf of Trustee Scott M. Seidel scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net

Scott M. Seidel

on behalf of Attorney Scott M. Seidel scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net

United States Trustee

ustpregion06.da.ecf@usdoj.gov


TOTAL: 13



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
### THE DATE OF ENTRY IS ON
### THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 14, 2026**

**United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **PETER HOA NGUYEN** | § | **Case No. 25-33671-sgj-7** |
| **THI HONG NGUYEN** | § | |
| | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |

### ORDER GRANTING TRUSTEE'S MOTION TO SELL THE ESTATE'S INTEREST IN SPARTAN AUTOMOTIVE TECHNOLOGY GROUP, F/K/A SPARTAN AUTOMOTIVE TECHNOLOGY PROVIDERS, INC. SUBJECT TO ALL LIENS, CLAIMS AND ENCUMBRANCES AND WITHOUT WARRANTY

CAME ON TO BE HEARD the Trustee's *Motion to Sell the estate's interest in estate scheduled interest in Spartan Automotive Technology Group, Inc. f/k/a/ Spartan Automotive Technology Provider Inc. subject to all liens, claims and encumbrances and without warranty* [Docket No. 27] (the "***Motion***")[1] filed by Scott M. Seidel (the "***Trustee***") and the Court having conducted a hearing on the Motion, and the Court having reviewed the record, noting that notice was proper and the one Objection [Docket No. 29] filed by the Debtors has been withdrawn and

---

[1]       Capitalized terms used herein but not otherwise defined shall have the meaning given to them in the Motion.

overruled and finding the Motion well taken and in the best interests of the estate and that all parties are acting in good faith, approves the Motion.  It is therefore

**ORDERED** that the Trustee be and hereby is authorized to sell the Debtors' interest, if any, in the Debtors' scheduled non-exempt stock in Spartan Automotive Technology Group Corporation held by Peter Hoa Nguyen (the ***"Property"***) described in the Debtors' schedules as follows:

*50% interest in Spartan Automotive Technology Group Corporation, formerly known as Spartan Automotive Technology Providers, Inc., a Florida corporation created 2/1/23. Debtor's predecessor, Spartan Automotive Technology Provider, Inc. was a Texas corporation created 4/19/19. The two entities merged 10/2/23 and provide auto lot management & vehicle tracking services. The business currently operates out of Jacksonville, Florida and the entity is a debtor-in-possession in Chapter 11 bankruptcy case number 25-02254-JAB pending in the U.S. Bankruptcy Court for the Middle District of Florida, Jacksonville Division. Per the entity's bankruptcy filings: Assets: Approximately $605,261.91; Liabilities: Approximately $15,367,202.80.*

It is further

**ORDERED** that the property will be sold "as-is", "where is" without any representation or warranty, and subject to all liens, claims and encumbrances, with all liens, claims and encumbrances to attach to the Property and not the sale funds received from VBI Group, LLC, (***"Potential Purchaser"***) for a full cash price of $20,000.00, with $10,000 already having been tendered to the Trustee by the Potential Purchaser and the remaining $10,000 to be paid in immediately to the Trustee by VBI Group, LLC and/or the Potential Purchaser. It is further

Debtors Peter Hoa Nguyen and Thi Hong Nguyen case number 25-33671-sgj-7
Order Granting Trustee's Motion to Sell – Page 2 of 3

**ORDERED** that the Debtors shall immediately tender to the Trustee the original stock certificates for the Property so that The Trustee may tender same to the Potential Purchaser. It is further

**ORDERED** that the Court waives the fourteen (14) day stay of Bankruptcy Rule 6004(h) so the sale may close immediately upon complete payment and funding. It is further

**ORDERED** that The Trustee reserves his right, in his sole discretion, to withdraw from the sale at any time. It is further

**ORDERED** that the Potential Purchaser is afforded those good-faith purchaser protections under section 363(m) of the Bankruptcy Code. It is further

**ORDERED** that The Trustee be and hereby is authorized to execute any and all documents necessary to effectuate the sale. It is further

**ORDERED** that this Court shall retain jurisdiction to the maximum extent possible to interpret and enforce this Order, and to give all parties thereto all appropriate relief.

# # # END OF ORDER # # #

Submitted by:

By:  */s/ Scott M. Seidel*
        Scott M. Seidel, Esq.
        Texas Bar No. 17999450
        SEIDEL LAW FIRM
        6505 W. Park Blvd., Suite 306
        Plano, Texas 75093
        Telephone (214) 234-2500
        scott@scottseidel.com
        COUNSEL FOR TRUSTEE

Debtors Peter Hoa Nguyen and Thi Hong Nguyen case number 25-33671-sgj-7
Order Granting Trustee's Motion to Sell – Page 3 of 3