# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No:    1

| | |
|---|---|
| **Case No.:** | 25-33671-SGJ |
| **Case Name:** | NGUYEN, PETER HOA AND NGUYEN, THI HONG |
| **For the Period Ending:** | 6/30/2026 |

| | |
|---|---|
| **Trustee Name:** | Scott M. Seidel |
| **Date Filed (f) or Converted (c):** | 09/22/2025 (f) |
| **§341(a) Meeting Date:** | 10/28/2025 |
| **Claims Bar Date:** | 04/08/2026 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Homestead 836 Bentwater Pkwy Cedar Hill TX ,Dallas County 75104 | $665,860.00 | $0.00 | | $0.00 | FA |
| 2 2018 Chevrolet Cruze Mileage: 98320 Other Information: VIN: 1G1BE5SM6J71141597 If you own or have more than one, describe here: | $17,000.00 | $0.00 | | $0.00 | FA |
| 3 2024 Lexus RXRX 350h Mileage: 32258 Other Information: VIN: 2T2BBMCA0RC028488 | $48,940.00 | $0.00 | | $0.00 | FA |
| 4 Household goods and furnishings See Attached | $5,470.00 | $0.00 | | $0.00 | FA |
| 5 3 TV's-$400. DVD player-$50 Stereo/speakers-$100. 2 computers-$650. Printer-$300. Cell phones-$250. | $1,650.00 | $0.00 | | $0.00 | FA |
| 6 Clothing | $600.00 | $0.00 | | $0.00 | FA |
| 7 Earrings-$750. Watch-$1,200 | $1,950.00 | $0.00 | | $0.00 | FA |
| 8 Cash: | $800.00 | $800.00 | | $0.00 | $800.00 |
| 9 Checking account: Citizens Account Number: 0970 | $650.14 | $650.14 | | $0.00 | $650.14 |
| 10 Checking account: Frost Bank Account Number: 6361 | $58.16 | $58.16 | | $0.00 | $58.16 |
| 11 Savings account: Bask Bank Account Number: 6599 | $620.03 | $620.03 | | $0.00 | $620.03 |
| 12 Savings account: Texas Capital Bank - account overdrawn Account Number: 6722 | $0.00 | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2

| | |
|---|---|
| Case No.: | 25-33671-SGJ |
| Case Name: | NGUYEN, PETER HOA AND NGUYEN, THI HONG |
| For the Period Ending: | 6/30/2026 |

| | |
|---|---|
| Trustee Name: | Scott M. Seidel |
| Date Filed (f) or Converted (c): | 09/22/2025 (f) |
| §341(a) Meeting Date: | 10/28/2025 |
| Claims Bar Date: | 04/08/2026 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13   0% interest in Azarole Corporation, a Texas corporation created, by a friend of the Debtors, on 10/12/2022 for the purpose of importing goods from Vietnam. Business never operated, never obtained an EIN, and voluntarily dissolved charter with the State of Texas on 5/12/2025. Disclosed herein only out of an abundance of caution as the entity has no tangible or intangible assets of any kind, is not owned by the Debtors, and is therefore believed to be of no value to their bankruptcy estate. 0.00% | $0.00 | $0.00 | | $0.00 | FA |
| 14   10% interest in Auraco, Inc., a Texas corporation created 7/1/2021 for the purpose of dealing with smart home technologies. Business never operated, never obtained an EIN, and forfeited its corporate charter with the State of Texas on 3/10/2023. Entity has no tangible or intangible assets of any kind and is therefore believed to be of no value to the Debtors' bankruptcy estate. 10.00% | $0.00 | $0.00 | | $0.00 | FA |
| 15   15% interest in Euronano, Inc., a Texas corporation created 3/3/2022 for the purpose of importing goods from Vietnam. Business never operated, never obtained an EIN, and forfeited its corporate charter with the State of Texas on 2/23/2024. Entity has no tangible or intangible assets of any kind and is therefore believed to be of no value to the Debtors' bankruptcy estate. 15.00% | $0.00 | $0.00 | | $0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No.:** 25-33671-SGJ | **Trustee Name:** Scott M. Seidel |
| **Case Name:** NGUYEN, PETER HOA AND NGUYEN, THI HONG | **Date Filed (f) or Converted (c):** 09/22/2025 (f) |
| **For the Period Ending:** 6/30/2026 | **§341(a) Meeting Date:** 10/28/2025 |
| | **Claims Bar Date:** 04/08/2026 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 16 | 50% interest in Spartan Automotive Technology Group Corporation, formerly known as Spartan Automotive Technology Providers, Inc., a Florida corporation created 2/1/23. Debtor's predecessor, Spartan Automotive Technology Provider, Inc. was a Texas corporation created 4/19/19. The two entities merged 10/2/23 and provide auto lot management & vehicle tracking services. The business currently operates out of Jacksonville Florida and the entity is a debtor-in-possession in Chapter 11 bankruptcy case number 25-02254-JAB pending in the U.S. Bankruptcy Court for the Middle District of Florida, Jacksonville Division. Per the entity's bankruptcy filings: Assets: Approximately $605,261.91; Liabilties: Approximately $15,367,202.80. 50.00% | Unknown | $0.00 | | $30,000.00 | $0.00 |
| 17 | 401(k) or similar plan: Fidelity 401k account | $232,973.03 | $0.00 | | $0.00 | FA |
| 18 | 2024 federal income tax refund ou and State: | $71.00 | $71.00 | | $0.00 | $71.00 |

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $976,642.36 | $2,199.33 | | $30,000.00 | $2,199.33 |

**Major Activities affecting case closing:**

06/30/2026    proceeds and claims coming in

03/31/2026    Sale to be approved of stock

12/02/2025    Creditor proposing purchase of Debtors' non-exempt stock

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2028 | **Current Projected Date Of Final Report (TFR):** | /s/ SCOTT M. SEIDEL | |
| | | SCOTT M. SEIDEL | |