Dean Bielitz
LAIN, FAULKNER & CO., P.C.
1700 Pacific Avenue, Suite 2700
Dallas, TX 75201
(214) 720-1929 Telephone
(214) 720-1450 Facsimile
dbielitz@lainfaulkner.com
PROPOSED ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **PETER HOA NGUYEN and** | § | **CASE NO: 25-33671-sgj7** |
| **THI HONG NGUYEN,** | § | |
| | § | **(Chapter 7)** |
| **DEBTOR.** | § | |

**APPLICATION TO EMPLOY LAIN, FAULKNER & CO.,
P.C. AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE**

Scott Seidel, Trustee (the "Trustee"), in his capacity as the chapter 7 trustee for Peter Hoa Nguyen and Thi Hong Nguyen (the "Debtor"), files this *Application to Employ Lain, Faulkner & Co., P.C. as Accountants for the Chapter 7 Trustee* ("Application"), and in support thereof would respectfully show unto this Court as follows:

1. On September 22, 2025, the Debtor filed a voluntary petition in this Court for relief under chapter 7 of the United States Bankruptcy Code. The Trustee was appointed as the chapter 7 trustee, and he continues to serve in that capacity.

2. Lain, Faulkner & Co., P.C. ("LainFaulkner") maintains offices at 1700 Pacific Avenue, Suite 2700, Dallas, Texas 75201. The professional services, pursuant to 11 U.S.C. §327, that the Trustee requires or may need LainFaulkner to render include, but are not limited to, the following:

(a) Assist the Trustee in the analysis of tax and taxation issues and in the filing of any necessary information and compliance forms regarding taxes; and

(b) Perform all other accounting services and provide all other financial advice to the Trustee in connection with this Chapter 7 case as may be required or necessary.

3. The above described professional services will be performed in a consultant role. Should it be determined at a later date that the Trustee requires expert witness services in this matter and desires LainFaulkner to provide those services, this Application will be amended to address those additional services.

4. To the best of the Trustee's knowledge and based upon the Declaration of Dean Bielitz (the "Bielitz Declaration") attached hereto as Exhibit A and incorporated herein, LainFaulkner represents no interests adverse to this estate or any other entity in connection with this case and is a "disinterested person" within the meaning of 11 U.S.C. §101(14). The Trustee submits the employment of LainFaulkner will be in the best interest of the estate and is necessary to assist the Trustee in fulfilling his duties.

5. LainFaulkner has agreed to perform such accounting services on an hourly fee basis at its standard hourly rates, and the Trustee has agreed to same subject to this Court's approval. LainFaulkner's standard rates range from the following, depending on the personnel assigned:

| **Professional/Paraprofessional** | **Hourly Rate** |
|---|---|
| Directors | $440 - $540 |
| Accounting Professionals | $210 - $350 |
| IT Professionals | $325 |
| Staff Accountants | $270 - $295 |
| Clerical and Bookkeepers | $95 - $145 |

LainFaulkner's rates are subject to periodic adjustment (normally at year-end) to reflect economic conditions, as well as experience and other similar factors. These rates are set at a level to fairly compensate LainFaulkner for the services it provides and routine overhead expenses. LainFaulkner has no agreement with any other entity to share any compensation received, nor will

any be made, except as permitted under § 504(b)(1) of the Bankruptcy Code.

6. To the best of the Trustee's knowledge, other than as set out in the Bielitz Declaration, the members of LainFaulkner (i) do not have any connection with the Debtor, its creditors, or any other party in interest or their respective attorneys and accountants, (ii) do not have any connection with the United States Trustee or any person employed in the Office of the United States Trustee, (iii) are "disinterested persons," as that term is defined in § 101(14) of the Bankruptcy Code, and (iv) do not hold or represent any interest adverse to the Debtor's estate.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that the Court grant the Application to Employ Lain, Faulkner & Co., P.C. as Accountants for the Chapter 7 Trustee effective on the date of the filing of this Application, subject to the terms set forth herein and for such other and further relief as may be just.

Respectfully submitted,

*/s/ Dean Bielitz*

Dean Bielitz
LAIN, FAULKNER & CO., P.C.
1700 Pacific Avenue, Suite 2700
Dallas, TX 75201
(214) 720-1929 Telephone
(214) 720-1450 Facsimile
dbielitz@lainfaulkner.com

PROPOSED ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August 2026, a true and correct copy of the foregoing instrument was served via the CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case, including debtors' counsel, the United States Trustee, and parties on the attached service list either by ECF noticing or US mail, first class.

*/s/ Scott M. Seidel*