Affirm Inc
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Chase/JPMCB-Card
c/o National Bankruptcy Services, LLC
PO Box Box 9013
Addison, TX 75001

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Lightstream, a division of Truist Bank
PO Box 1847 / 100-50-01-51
Wilson, NC 27894

Michael S. Mitchell
Michael S. Mitchell
500 N. Central Expressway
Suite 500
Plano, TX 75074-6703

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

OneMain Financial Group, LLC
PO Box 3251
Evansville, IN 47731-3251

Peter Hoa Nguyen
836 Bentwater Pkwy
Cedar Hill, TX 75104-8287

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Scott M. Seidel
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, TX 75093-6212

Thi Hong Nguyen
836 Bentwater Pkwy
Cedar Hill, TX 75104-8287

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

VBI Group LLC
Kelly Hart & Hallman LLP
Attn: Joseph Austin
201 Main St., Ste. 2500
Fort Worth, TX 76102-3194

VBI Group LLC
Kelly, Hart & Hallman, LLP
Attn: Jeff Whitfield
201 Main Street, Ste. 2500
Fort Worth, TX 76102