Scott M. Seidel, Esq.
Texas Bar No. 17999450
SEIDEL LAW FIRM
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
COUNSEL FOR THE CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 25-33671-sgj-7** |
| **PETER HOA NGUYEN** | § | |
| **THI HONG NGUYEN** | § | **(Chapter 7)** |
| | § | |
| **Debtor** | § | |

**<u>NOTICE OF CLOSING AND REPORT OF SALE</u>**

TO THE HONORABLE STACEY G.C. JERNIGAN, CHIEF U.S. BANKRUPTCY JUDGE:

COMES NOW Scott M. Seidel (the "<u>Trustee</u>"), the duly appointed Chapter 7 trustee of the bankruptcy estate (the "<u>Estate</u>") of Peter Hoa Nguyen and Thi Hong Nguyen (the "<u>Debtors</u>"), the debtor in the above styled and numbered bankruptcy case (the "<u>Bankruptcy Case</u>"), and files this *Notice of Closing and Report of Sale to* as follows:

1. On April 14, 2026, the Court entered its *Order Approving Motion to Sell the Estate's Interest in Spartan Automotive Technology Group stock Subject to all Liens, Claims and Encumbrances* [docket no. 33] (the "<u>Sale Order</u>"), by which the Court authorized the Trustee to sell the estate's interest, if any, in Spartan Automotive Technology Group stock subject to all liens, claims and encumbrances and without warranty (the "<u>Sale</u>") to VBI Group, LLC (the "<u>Buyers</u>").

2. Notice is hereby given that the closing of the Sale, as provided for in the Sale Order, occurred on June 28, 2026.

RESPECTFULLY SUBMITTED this 14th day of September 2026.

**SEIDEL LAW FIRM**
By: /s/ Scott M. Seidel
Scott M. Seidel, Esq.
Texas Bar No. 17999450
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
**COUNSEL FOR CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 14th day of September 2026, true and correct copies of this document were electronically served by the Court's ECF system to parties who receive electronic notification in this case.

By: */s/ Scott M. Seidel*
Scott M. Seidel, Esq.