Scott M. Seidel
SEIDEL LAW FIRM
6505 W. Park Blvd., Ste. 306
Plano, Texas 75093
Counsel for the Chapter 7 trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**PETER HOA NGUYEN**<br>**THI HONG NGUYEN**<br><br>**Debtor** | **CASE NO. 25-33671-sgj-7** |

**AGREED MOTION TO REFUND OVERPAYMENT**
**TO BUYER VBI GROUP, LLC**

TO THE HONORABLE STACEY G.C. JERNIGAN, CHIEF U.S. BANKRUPTCY JUDGE:

COMES NOW, Scott M. Seidel, chapter 7 Trustee (the "Trustee"), submitting this *Motion to Refund Overpayment to buyer VBI Group, LLC* and, in support thereof, would show the Court as follows:

**JURISDICTION AND PROCEDURAL BACKGROUND**

1. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This Motion is a matter concerning the administration of the Debtors' Estate (as defined herein), in particular the sale of property, and is therefore, a core matter pursuant to 28 U.S.C. § 157(b)(2).

3. Peter Hoa Nguyen and Thi Hong Nguyen (the "Debtors") commenced this proceeding by filing a Chapter 7 proceedings under Title 11 of the United States Bankruptcy Code on September 22, 2025.

4. Scott M. Seidel was subsequently appointed as the chapter 7 Trustee for the Debtors' bankruptcy estate (the "Debtors' Estate") and continues to serve in that capacity.

**RELIEF REQUESTED**

5. The Debtors scheduled interest in non-exempt stock of Spartan Automotive Technology Group Corporation with a value of UNKNOWN [Doc. No. 1].

6. The Trustee received an offer of $20,000.00 to purchase the stock subject to all liens claims and encumbrances [Doc. No. 27].

7. On April 14, 2026, this Court entered an Order to sell the estate's interest in the stock of Spartan Automotive Technology Group Corporation to VBI Group, LLC (the Purchaser") for the sale price of $20,000.00.

8. The Purchaser had previously tendered $10,000.00 as earnest money to the Trustee.

9. The Purchaser then sent the Trustee the remaining $10,000.00 via FedEx overnight on April 15, 2026. This package was not delivered overnight as billed. The Purchaser then began a trace on the package. The Trustee agreed to wait for FedEx to research where the package had been sent.

10. Desiring to comply with the sale order, and without any affirmative answer to where the original FedEx package had been delivered, the Purchaser issued another payment to the Trustee which was delivered to the Trustee on May 21, 2026.

11. On June 26, 2026, the Trustee received a phone call from an unknown party stating that they had a FedEx which was properly addressed to the Trustee but had been delivered via U.S. mail to their office. The Trustee promptly retrieved the lost package from the caller.

12. As the Trustee was leaving on the following day for a two-week vacation, he had his paralegal deposit the funds into the Nguyen estate account to prevent any concern regarding the previously lost but now found payment.

13. As the Trustee begins to close this matter, he holds $30,000.00 in sales proceeds (an overpayment of $10,000.00) for the sale of the stock. The Trustee needs to refund this $10,000.00 overpayment to VBI Group, LLC before he can file his final report.

14. The Trustee requests an Order authorizing refund of $10,000.00 overpayment to VBI Group, LLC.

**REQUEST FOR WAIVER OF RULE 6004(h)**

15. To successfully implement the relief sought herein, the Trustee respectfully requests that the Bankruptcy Court enter an order providing that notice of the relief requested herein satisfies Bankruptcy Rule 6004(a), and that the Trustee has established cause to exclude such relief from the 14-day stay under Bankruptcy Rule 6004(h).

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, the Trustee requests this Court enter an order: (i) granting the Motion; (ii) authorizing the Trustee to distribute the $10,000.00 overpayment to VBI Group, LLC immediately upon entry of Court Order; and (iii) granting the Trustee such other and further relief to which he is justly entitled at law or in equity .

**AGREED TO IN FORM AND SUBSTANCE:**

*/s/ Scott M. Seidel*
Scott M. Seidel, Esq.
Texas Bar No. 17999450
SEIDEL LAW FIRM
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: 214-234-2500
scott@scottseidel.com
Counsel for the Chapter 7 Trustee

*/s/ Harrison Pavlasek (w/ permission)*
Harrison A. Pavlasek, Esq.
Texas Bar No. 24126906
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: 817-878-9306
harrison.pavlaske@kellyhart.com
Counsel for VBI Group, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties through the Court's electronic notification system as permitted by the Local Rules of the U.S. Bankruptcy Court for the Northern District of Texas, on this the 17th day of September 2026.

/s/ *Scott M. Seidel*