CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 18, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**PETER HOA NGUYEN**<br>**THI HONG NGUYEN**<br><br>**Debtors** | **CASE NO. 25-33671-sgj-7** |

**AGREED ORDER GRANTING TRUSTEE'S MOTION TO**
**<u>REFUND OVERPAYMENT TO BUYER VBI GROUP, LLC (Doc. No. 38)</u>**

On September 17, 2026, Scott M. Seidel (the "<u>Trustee</u>"), the duly appointed chapter 7 trustee of the bankruptcy estate of the Debtors, filed Agreed Motion to Refund Overpayment to Buyer VBI Group, LLC [Docket Number 38] (the "<u>Motion</u>"). The undersigned parties submit this Agreed Order pertaining to the Motion. It is hereby

**ORDERED** that the trustee is hereby ordered and directed to refund the overpayment of $10,000.00 to the buyer, VBI Group, LLC. It is further

**ORDERED** that no stay shall apply to the effectiveness of the Order upon entry; rather, the fourteen (14) day stay of this Order provided under Fed. R. Bankr. P. 6004(h), and any other rule is hereby expressly waived for all purposes. It is further

**ORDERED** that the Court shall retain jurisdiction to interpret and enforce this Order.

**# # # END OF ORDER # # #**

**AGREED TO BY:**

/s/ Scott M. Seidel
Scott M. Seidel, Esq.
Texas Bar No. 17999450
SEIDEL LAW FIRM
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: 214-234-2500
scott@scottseidel.com
Counsel for the Chapter 7 Trustee

/s/ Harrison Pavlasek (w/ permission)
Harrison A. Pavlasek, Esq.
Texas Bar No. 24126906
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: 817-878-9306
harrison.pavlaske@kellyhart.com
Counsel for VBI Group, LLC