**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **PETER HOA NGUYEN** | § | **CASE NO. 25-33671-sgj-7** |
| **THI HONG NGUYEN** | § | |
| | § | |
| **DEBTORS** | § | |

**CERTIFICATE OF NO RESPONSE/NO OBJECTIONS (Docket No. 36)**

On August 31, 2026, Scott M. Seidel, the Chapter 7 trustee, (the *"Movant"*) in the referenced case, filed and served his Application for Order Authorizing Employment of Accountant for the Chapter 7 Trustee (the *"Motion"*). Pursuant to Local Bankruptcy Rule 9007.1(b), as part of the Motion, the Movant gave notice of a response deadline of 21 days after service of the Motion. Responses were to be served no later than September 21, 2026. Any objections to the Motion were to have been served on the Movant. As of the filing date of this Certificate, the Movant has received no objections or responses to the Motion and the docket reflects that no objection or response has been filed.

Respectfully submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel, Esq.
State Bar No. 17999450
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
GENERAL COUNSEL FOR
THE CHAPTER 7 TRUSTEE