CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 28, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 25-33671-sgj-7** |
| **PETER HOA NGUYEN** | § | |
| **THI HONG NGUYEN** | § | **Chapter 7** |
| | § | |
| **DEBTORS** | § | |

**ORDER APPROVING EMPLOYMENT OF LAIN, FAULKNER & CO., P.C. AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE**

**ON THIS DAY**, came on for consideration the Application to Employ (the "Application") filed by Scott M. Seidel (the "Trustee") seeking approval of the Court to allow Lain, Faulkner & Co., P.C. to serve as Accountant in this case as more particularly set forth in the Application and Declaration on file in this matter. No notice of hearing on said Application need be given and no objections have been filed. Lain, Faulkner & Co., P.C. has represented to this Court that it holds nor represents any interest adverse to the Debtor or the estate, that it is disinterested, and that its employment is in the best interest of the estate. It is therefore

**ORDERED**, that the Trustee is authorized to employ Lain, Faulkner & Co., P.C. as his accountant pursuant to 11 U.S.C. § 327(a), with all fees payable subject to interim and/or final application to and approval of this Court; and it is further

**ORDERED**, that Lain, Faulkner & Co., P.C., shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B thereof.

**# # # END OF ORDER # # #**

By: /*s/ Scott M. Seidel*
Scott M. Seidel, Esq.
SBT 17999450
Seidel Law Firm
6505 W. Park Blvd, Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
General Counsel for the Chapter 7 Trustee