United States Bankruptcy Court

Northern District of Texas

In re: Case No. 25-33671-sgj

Peter Hoa Nguyen Chapter 7

Thi Hong Nguyen

Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-3 User: admin Page 1 of 2

Date Rcvd: Sep 28, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| acc | + | Email/Text: l@lainfaulkner.com | Sep 28 2026 22:51:00 | Lain, Faulkner & Co., P.C., 1700 Pacific Ave., Ste. 2700, Dallas, TX 75201-6897 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Defendant Thi Hong Nguyen clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Defendant Peter Hoa Nguyen clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Harrison Pavlasek | on behalf of Plaintiff VBI Group LLC harrison.pavlasek@kellyhart.com court.alert@kellyhart.com |

| | |
|---|---|
| Jeff Eric Whitfield | on behalf of Creditor VBI Group LLC jeff.whitfield@kellyhart.com ashley.blackwood@kellyhart.com;court.alert@kellyhart.com |
| Jeff Eric Whitfield | on behalf of Plaintiff VBI Group LLC jeff.whitfield@kellyhart.com ashley.blackwood@kellyhart.com;court.alert@kellyhart.com |
| Joseph Daniel Austin | on behalf of Creditor VBI Group LLC joseph.austin@kellyhart.com jessica.garcia@kellyhart.com;court.alert@kellyhart.com |
| Joseph Daniel Austin | on behalf of Plaintiff VBI Group LLC joseph.austin@kellyhart.com jessica.garcia@kellyhart.com;court.alert@kellyhart.com |
| Michael S. Mitchell | on behalf of Debtor Peter Hoa Nguyen mike@demarcomitchell.com mike_450@ecf.courtdrive.com |
| Michael S. Mitchell | on behalf of Joint Debtor Thi Hong Nguyen mike@demarcomitchell.com mike_450@ecf.courtdrive.com |
| Scott M. Seidel | on behalf of Trustee Scott M. Seidel scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Scott M. Seidel | scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Scott M. Seidel | on behalf of Attorney Scott M. Seidel scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 13

UNITED STATES BANKRUPTCY COURT ★ NORTHERN DISTRICT OF TEXAS ★

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 28, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 25-33671-sgj-7** |
| **PETER HOA NGUYEN** | § | |
| **THI HONG NGUYEN** | § | **Chapter 7** |
| | § | |
| **DEBTORS** | § | |

**ORDER APPROVING EMPLOYMENT OF LAIN, FAULKNER & CO.,**
**P.C. AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE**

**ON THIS DAY**, came on for consideration the Application to Employ (the "Application") filed by Scott M. Seidel (the "Trustee") seeking approval of the Court to allow Lain, Faulkner & Co., P.C. to serve as Accountant in this case as more particularly set forth in the Application and Declaration on file in this matter. No notice of hearing on said Application need be given and no objections have been filed. Lain, Faulkner & Co., P.C. has represented to this Court that it holds nor represents any interest adverse to the Debtor or the estate, that it is disinterested, and that its employment is in the best interest of the estate. It is therefore

**ORDERED**, that the Trustee is authorized to employ Lain, Faulkner & Co., P.C. as his accountant pursuant to 11 U.S.C. § 327(a), with all fees payable subject to interim and/or final application to and approval of this Court; and it is further

**ORDERED**, that Lain, Faulkner & Co., P.C., shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B thereof.

**# # # END OF ORDER # # #**

By: /*s/ Scott M. Seidel*
Scott M. Seidel, Esq.
SBT 17999450
Seidel Law Firm
6505 W. Park Blvd, Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
General Counsel for the Chapter 7 Trustee