**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 25-33671-sgj7** |
| **PETER HOA NGUYEN and** | § | |
| **THI HONG NGUYEN,** | § | |
| | § | **CHAPTER 7** |
| ***Debtors.*** | § | |
| | § | |
| **VBI GROUP LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **ADV. PROC. NO. 25-03127-sgj** |
| | § | |
| **PETER HOA NGUYEN and** | § | |
| **THI HONG NGUYEN,** | § | |
| | § | |
| ***Defendants.*** | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Justin Kahl and Andrew B. Russell of the law firm of Marshall Presley & Pipal PLLC hereby appear as counsel for Defendants Peter Hoa Nguyen and Thi Hong Nguyen (together, "Defendants") in the above-captioned adversary proceeding and, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given, and all papers served or required to be served, in this adversary proceeding be given to and served upon the undersigned at the following addresses:

Andrew B. Russell
Marshall Presley & Pipal PLLC
State Bar No. 24034661
1211 S. White Chapel Blvd.
Southlake, Texas 76092
Telephone: (214) 281-3314
Facsimile: (214) 281-3315
Email: russell@mpplegal.com

Justin A. Kahl
Marshall Presley & Pipal PLLC
State Bar No. 24136615
1211 S. White Chapel Blvd.
Southlake, Texas 76092
Telephone: (214) 281-3314
Facsimile: (214) 281-3315
Email: kahl@mpplegal.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, requests, petitions, memoranda, briefs, discovery, and any other documents brought before this Court in this adversary proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, electronic means, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Marshall Presley & Pipal PLLC appears as substitute counsel for Defendants in the place and stead of Clayton L. Everett and Norred Law, PLLC, subject to the Court's ruling on the pending motion to withdraw and substitute counsel.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any subsequent appearance, pleading, claim, or suit is intended to waive, and shall not be deemed to waive, any of Defendants' rights, claims, defenses, objections, or remedies, all of which are expressly reserved.

Dated: October 19, 2026.

Respectfully submitted,

**MARSHALL PRESLEY & PIPAL PLLC**

*<u>/s/ Justin A. Kahl</u>*___________
Andrew B. Russell
State Bar No. 24034661
russell@mpplegal.com
Justin A. Kahl

State Bar No. 24136615
kahl@mpplegal.com

1211 S. White Chapel Blvd.
Southlake, Texas 76092
(214) 281-3314 (Telephone)
(214) 281-3315 (Facsimile)

**ATTORNEYS FOR DEFENDANTS
PETER HOA NGUYEN AND
THI HONG NGUYEN**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served via the Court's CM/ECF electronic filing system on all parties registered to receive electronic notice in this adversary proceeding, including the following:

Jeff Whitfield (jeff.whitfield@kellyhart.com)
Joseph D. Austin (joseph.austin@kellyhart.com)
Harrison A. Pavlasek (harrison.pavlasek@kellyhart.com)
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
*Counsel for Plaintiff VBI Group LLC*

Clayton L. Everett (clayton@norredlaw.com)
Norred Law, PLLC
515 E. Border Street
Arlington, Texas 76010
*Former Counsel for Defendants*

*/s/ Justin A. Kahl*_______
Justin A. Kahl